UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-3 LEO BRADLEY TODD,

    Defendant.
_____/

Case No. 21-cr-20747

Hon. Terrence G. Berg

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, LEO BRADLEY TODD, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count One

Conspiracy to possess with intent to distribute controlled substances (>400g fentanyl, >500g methamphetamine, >500g cocaine, marijuana), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846.
Punishable by not less than 10 years' and up to life incarceration, and up to a $10,000,000 fine.
Term of supervised release of at least 5 years.

### Count Two

Conspiracy to launder monetary instruments, in violation of 18 U.S.C. §§ 1956(a), (h).
Punishable by up to 20 years' incarceration, and a fine of up to whichever is greater of $500,000 or twice the value of the property involved in the transaction.
Term of supervised release of up to 3 years.

I have been informed and understand that, if I am convicted or plead guilty, the Court may impose consecutive sentences.

_____
LEO BRADLEY TODD
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated:

_____
Counsel for Defendant